Christina M. Hesse
ISB #10712; cmh@dukeevett.com
DUKE EVETT, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone: (208)-342-3310
Facsimile: (208)-342-3299

*Attorney for Defendants Centurion of Idaho, LLC and Murray Young, M.D.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SKYLER FRANKS,<br><br>                    Plaintiff,<br><br>vs.<br><br>JESSYCA TYLER; DAVID RILEY; RANDY VALLEY; McKAYLA KUNZ; CENTURION OF IDAHO, INC.; MURRAY YOUNG, M.D.; and JOHN OR JANE DOES Nos. 1-5<br><br>                    Defendants. | Case No. 1:24-cv-00148-DCN<br><br>**DEFENDANTS CENTURION OF IDAHO, LLC AND MURRAY YOUNG, M.D.'S MOTION TO DISMISS** |

Defendants Centurion of Idaho, LLC ("Centurion") and Murray Young ("Dr. Young") (collectively "Defendants"), by and through their counsel of record, Duke Evett, PLLC, hereby move for an Order dismissing all claims against Centurion and Dr. Young pursuant to Federal Rule of Civil Procedure 12(b)(6). This Motion is supported by the Memorandum in Support of Defendants' Centurion of Idaho, LLC and Murray Young, M.D.'s Motion to Dismiss.

DATED this 25th day of August, 2025.

                    DUKE EVETT, PLLC,

                    By: /s/ Christina M. Hesse
                        Christina M. Hesse – Of the Firm
                        *Attorney for Defendants Centurion of Idaho,*
                        *LLC and Murray Young, M.D.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of August, 2025, I cause a true and correct copy of the foregoing documents to be electronically filed with U.S. District Court, which send a Notice of Electronic Filings to the following persons:

Craig H. Durham                    chd@fergusondurham.com

Erika S. Guerra                    esg@nelsonwilliamslaw.com

Tyler D. Williams                 tyler@nelsonwilliamslaw.com

                      /s/ Christina M. Hesse
                      Christina M. Hesse – Of the Firm

**DEFENDANTS CENTURION OF IDAHO, LLC AND MURRAY YOUNG, M.D.'S MOTION TO DISMISS - 2**