EXHIBIT A

Craig H. Durham
Idaho State Bar No. 6428
Ferguson Durham, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| SKYLER FRANKS, | Case No. 1:24-cv-00148-DCN |
| Plaintiff, | |
| v. | **DECLARATION OF SKYLER FRANKS** |
| JESSYCA TYLER., et al., | |
| Defendants. | |

I, Skyler Franks, declare under penalty of perjury that the following is true and correct.

1. I am over the age of 18 and competent to testify.

2. These facts are based on my personal knowledge.

1

3.     During the relevant time period set out in the Complaint, I was housed at the Idaho State Correctional Center.

4.     Centurion of Idaho, Inc., was the medical provider for the Idaho Department of Correction.

5.     When I was there, prisoners were required to submit Health Service Requests to be seen in the clinic by a Centurion provider, or if they had other medical requests or questions.

6.     I submitted numerous HSRs regarding my symptoms alleged in my Complaint. Centurion staff almost always delayed in responding, if they responded at all.

7.     When I had appointments in the clinic, I was examined by nurses and similar front-line providers. I do not recall being examined by Regional Medical Director Dr. Murray Young. I did not know he was involved in making any decisions about my care and diet until very recently.

8.     There was a lot of turnover in Centurion staff. Centurion hired traveling nurses. Such nurses were often temporary and then moved on somewhere else. McKayla Kunz was one such nurse.

9.     Sometimes I would see a provider one time and then a different provider the next time. Often I was not seen at all, as providers just would not respond to my

HSRs for help.

10. Providers were usually not identified to prisoners beyond just their first names. For example, the provider who helped me at the end, who I now from recent discovery is Giulliano Bote, I knew only as "Gio." That was common. I did not know the full identities of the Centurion providers who treated me.

11. While I was incarcerated, I also did not have access to my medical records.

12. All this made it very difficult to learn the identities of the people who contributed to my inadequate medical care, or the facts supporting my claims, until I was permitted to engage in discovery with the help of my attorney.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 18th day of March, 2025.

<u>/s/ Skyler Franks</u>