EXHIBIT B

Craig H. Durham
Idaho State Bar No. 6428
Ferguson Durham, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| SKYLER FRANKS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JESSYCA TYLER., et al.,<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-00148-DCN<br><br>**DECLARATION OF COUNSEL** |

I, Craig H. Durham, declare under penalty of perjury that the following is true and correct.

1.　　I am competent to testify. These facts are based on my personal knowledge.

1

2. I am Skyler Franks' counsel.

3. When Mr. Franks filed his Complaint in April 2024, the only defendant who was a Centurion employee who was identified to Mr. Franks and his counsel was McKayla Kunz, a travelling nurse.

4. I have since learned that Ms. Kunz is not employed by Centurion in Idaho. I have not located her for service. That has left only IDOC Defendants as named defendants.

5. Initial disclosures were exchanged by Mr. Franks and the IDOC defendants in August 2024.

6. On November 22, 2024, Mr. Franks submitted interrogatories and requests for production of documents.

7. After an informal agreement for an extension of time, Defendants responded initially on January 20, 2025. Defendants supplemented discovery disclosures on February 10 and February 28, 2025.

8. The February 28 disclosure included emails. In one email, attached to this Declaration, Dr. Murray Young responds to a question from Jessyca Tyler as follows:

> Hello Jessyca,
> My thoughts are.
> Keep doing what we are doing, we are not changing anything for 1 individual.
> Thank you for including me in this patients care plan.

9. Mr. Franks and his counsel were previously unaware of this email, which

shows Dr. Young's direct involvement in decision-making about Mr. Franks's care.

10. In another email, Mr. Tyler sent a request to people she believed were Centurion employees, only to learn that they no longer were. A copy of that email is also attached. This is indicative of the extreme turnover during the time frame in the Complaint.

11. Additionally, in the IDOC Defendants' discovery responses and their discovery requests to Mr. Franks, it has become apparent that they will defend, in part, by claiming that Mr. Franks' concerns were medical in nature and do not implicate the food delivery service. For instance, they have asked Mr. Franks to admit that they are not medical providers who make medical decisions, among other similar things.

12. Mr. Franks has exercised reasonable diligence and has only recently developed the facts necessary to seek this amendment to the Complaint.

13. I have contacted counsel for the IDOC Defendants, who indicated that his clients may object to the motion. I have not heard a definitive position from the IDOC Defendants on the matter by the time of filing.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 25th day of March, 2025.


/s/ Craig H. Durham

Subject:         FW: Skylar Franks - 102162 - "No wheat/corn/peanut" diet

**Jessyca Tyler**
**Dietary Services Manager**
**Idaho Department of Correction**
**208-658-2068**

**From:** Young, Murray <myyoung@TeamCenturion.com>
**Sent:** Thursday, December 22, 2022 3:12 PM
**To:** Tyler-Leekley, Jessyca <jesstyle@idoc.idaho.gov>
**Subject:** RE: Skylar Franks - 102162 - "No wheat/corn/peanut" diet

CAUTION: This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.

_____

**Hello Jessyca,**
**My thoughts are.**
**Keep doing what we are doing, we are not changing anything for 1 individual.**
**Thank you for including me in this patients care plan.**


**Murray Young M.D.**
**Regional Medical Officer**


**Healthcare beyond patient care,**
**healthcare for humanity.**

**8517 W. Overland Road**
**Boise, ID 83709**
**Direct 208-581-2080**
**Cell** ████████
**mailto:myyoung@teamcenturion.com | CenturionManagedCare.com**

**From:** Tyler-Leekley, Jessyca <mailto:jesstyle@idoc.idaho.gov>
**Sent:** Thursday, December 22, 2022 1:14 PM
**To:** Young, Murray <mailto:myyoung@TeamCenturion.com>
**Subject:** Skylar Franks - 102162 - "No wheat/corn/peanut" diet

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Dr. Young,

Skyler Franks has sent me multiple concern forms regarding his "no wheat/corn/peanut" diet – he is questioning the foods on the menu that contain dextrose. He asserts that dextrose is a corn derivative and therefore should not be included on his menu.

1

IDOC 2130

Dextrose has multiple potential sources, one of which is corn.  The problem is that corn is not a required allergen to be listed on food labels, so it's not possible to know, when dextrose is listed as an ingredient, whether the source is from corn or something else.  Additionally, many people with a corn allergy can't eat corn in its whole form (such as fresh or in tortillas) but can consume sugars from processed corn (we've been using this menu with other corn-allergic individuals for years without a problem).

Eliminating everything from Franks' menu w/dextrose will result in a very restricted menu that has the potential to severely reduce other important nutrients, and would definitely reduce variety.  As with other allergens, our approach is typically to start with the least restrictive response and add further restrictions if necessary (in other words, keeping dextrose on his menu and further eliminating only if he is exhibiting illness/symptoms of allergy).  I just wanted to check in with you and make sure we're on the same page, or if there is a different way that you'd prefer I approach Franks' menu?  (For what it's worth, his commissary purchases include many corn-containing items, including soda with corn syrup and, believe it or not, popcorn…so I think his complaints are likely just to complain, not because he's actually all that concerned about avoiding corn).

Let me know your thoughts.  

Thanks,

Jessyca Tyler
Dietary Services Manager
Idaho Department of Correction
208-658-2068


IDOC Data Sensitivity Classification - L3 Restricted CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

Subject:          FW: Labs - Franks, #102162


Jessyca Tyler
Dietary Services Manager
Idaho Department of Correction
208-658-2068

From: McMilian, Tonya <tmcmilian@TeamCenturion.com>
Sent: Monday, March 6, 2023 1:15 PM
To: Tyler-Leekley, Jessyca <jesstyle@idoc.idaho.gov>; Jackson, Christina <cjackson@TeamCenturion.com>
Cc: Rino, Ashley <arino@TeamCenturion.com>
Subject: RE: Labs - Franks, #102162

CAUTION: This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.

_____

Perfecto!!!

Tonya McMilian, BSN, RN
Director of Operations


Healthcare beyond patient care,
healthcare for humanity.

8517 W. Overland Road
Boise, ID  83709
Office: 208-581-2079
Mobile: ███████████
mailto:tmcmilian@teamcenturion.com | CenturionManagedCare.com

From: Tyler-Leekley, Jessyca <mailto:jesstyle@idoc.idaho.gov>
Sent: Monday, March 6, 2023 1:13 PM
To: McMilian, Tonya <mailto:tmcmilian@TeamCenturion.com>; Jackson, Christina <mailto:cjackson@TeamCenturion.com>
Cc: Rino, Ashley <mailto:arino@TeamCenturion.com>
Subject: RE: Labs - Franks, #102162

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Oh, got it!  Yes he's had his diet order in place since November I believe, and I discussed it and finalized it with Dr. Young back then.  Just couldn't find the paperwork for his file, for some reason.  We're good now 😊

Thank you,

1

IDOC 2124

**Jessyca Tyler**
**Dietary Services Manager**
**Idaho Department of Correction**
**(208) 658-2068**

**DO NOT read, copy, or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us immediately at 208- 658-2000 and ask to speak to the sender. Please e-mail the sender to notify him immediately that you have received the communication in error, and delete message received in error immediately.**

**From: McMilian, Tonya <mailto:tmcmilian@TeamCenturion.com>**
**Sent: Monday, March 6, 2023 1:12 PM**
**To: Tyler-Leekley, Jessyca <mailto:jesstyle@idoc.idaho.gov>; Jackson, Christina <mailto:cjackson@TeamCenturion.com>**
**Cc: Rino, Ashley <mailto:arino@TeamCenturion.com>**
**Subject: RE: Labs - Franks, #102162**

**CAUTION: This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.**

_____

**Jessyca,**

**I believe the question is do you have everything you need to ensure that he is receiving the right diet now.**

**Tonya McMilian, BSN, RN**
**Director of Operations**


**Healthcare beyond patient care,**
**healthcare for humanity.**

**8517 W. Overland Road**
**Boise, ID  83709**
**Office: 208-581-2079**
**Mobile:** ▬▬▬▬▬▬
**mailto:tmcmilian@teamcenturion.com | https://protect-us.mimecast.com/s/AyyLCDkoZ8UDm74VSWxFb7?domain=linkprotect.cudasvc.com**

**From: Tyler-Leekley, Jessyca <mailto:jesstyle@idoc.idaho.gov>**
**Sent: Monday, March 6, 2023 1:09 PM**
**To: Jackson, Christina <mailto:cjackson@TeamCenturion.com>**
**Cc: McMilian, Tonya <mailto:tmcmilian@TeamCenturion.com>; Rino, Ashley <mailto:arino@TeamCenturion.com>**
**Subject: RE: Labs - Franks, #102162**

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.**
**Hi Christina,  I'm not sure what is meant by your question of whether the diet for Franks has been fixed?**

**Thank you,**

2

IDOC 2125

**Jessyca Tyler**
**Dietary Services Manager**
**Idaho Department of Correction**
**(208) 658-2068**
**DO NOT read, copy, or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us immediately at 208- 658-2000 and ask to speak to the sender. Please e-mail the sender to notify him immediately that you have received the communication in error, and delete message received in error immediately.**

**From: Jackson, Christina <mailto:cjackson@TeamCenturion.com>**
**Sent: Friday, February 24, 2023 1:41 PM**
**To: Tyler-Leekley, Jessyca <mailto:jesstyle@idoc.idaho.gov>**
**Cc: McMilian, Tonya <mailto:tmcmilian@TeamCenturion.com>; Rino, Ashley <mailto:arino@TeamCenturion.com>**
**Subject: Re: Labs - Franks, #102162**

**CAUTION: This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.**

_____
**Hi Jeessyca,**
**Franks has come to medical today about his diet. Has this been fixed for him? Is there anything else we need to do?**

**Thank you,**

**Christina Jackson, MSN, RN, CCHP, CPHQ**
**Clinical Operations Specialist**

**Healthcare beyond patient care,**
**healthcare for humanity.**


**21251 Ridgetop Circle #150**
**Sterling, VA 20166**
**Direct: 407.451.4576**
**mailto:cjackson@teamcenturion.com | https://protect-us.mimecast.com/s/oLh4CERpXxfkGwEDtw35Yy?domain=linkprotect.cudasvc.com**


**On Feb 23, 2023, at 10:16 AM, Tyler-Leekley, Jessyca <mailto:jesstyle@idoc.idaho.gov> wrote:**

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.**
**Oh goodness, I can't keep up with the staff changes! Thanks Tonya.  I received the labs yesterday, much appreciated!**

**Thank you,Jess**

**Jessyca Tyler**
**Dietary Services Manager**
**Idaho Department of Correction**
**(208) 658-2068**

3

IDOC 2126

**DO NOT read, copy, or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us immediately at 208- 658-2000 and ask to speak to the sender. Please e-mail the sender to notify him immediately that you have received the communication in error, and delete message received in error immediately.**

**From:** McMilian, Tonya <mailto:tmcmilian@TeamCenturion.com>
**Sent:** Wednesday, February 22, 2023 5:43 PM
**To:** Tyler-Leekley, Jessyca <mailto:jesstyle@idoc.idaho.gov>; Jackson, Christina <mailto:cjackson@TeamCenturion.com>
**Cc:** Rino, Ashley <mailto:arino@TeamCenturion.com>
**Subject:** RE: Labs - Franks, #102162

**CAUTION: This email originated outside the State of Idaho network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender. Contact your agency service desk with any concerns.**

_____

**HI Jessyca,**

**Evert and Kasey are no longer at ISCC. For ISCC concerns please for the time being send to myself and the new Statewide DON Ashley Rino.**
**Christina can you look into this tomorrow...**

**Tonya McMilian, BSN, RN**
**Director of Operations**

<image001.png>
**Healthcare beyond patient care,**
**healthcare for humanity.**

**8517 W. Overland Road**
**Boise, ID  83709**
**Office: 208-581-2079**
**Mobile:** ▉▉▉▉▉▉▉▉▉▉
mailto:tmcmilian@teamcenturion.com | https://protect-us.mimecast.com/s/jpPuCG6rX8U2lrvMtpslzC?domain=linkprotect.cudasvc.com

**From:** Tyler-Leekley, Jessyca <mailto:jesstyle@idoc.idaho.gov>
**Sent:** Wednesday, February 22, 2023 8:56 AM
**To:** Cook, Evert <mailto:ecook@TeamCenturion.com>; Holm, Kasey <mailto:kholm@TeamCenturion.com>
**Cc:** McMilian, Tonya <mailto:tmcmilian@TeamCenturion.com>
**Subject:** RE: Labs - Franks, #102162
**Importance:** High

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.**
**Hi, following up on this?**

**Jessyca Tyler**
**Dietary Services Manager**
**Idaho Department of Correction**
**208-658-2068**

4

IDOC 2127

From: Tyler-Leekley, Jessyca
Sent: Wednesday, February 15, 2023 7:16 PM
To: Cook, Evert <mailto:ecook@TeamCenturion.com>; Holm, Kasey <mailto:kholm@teamcenturion.com>
Subject: Labs - Franks, #102162
Importance: High

Hi Kasey and Evert,

I'm in need of the labs for Franks, #102162, for his medical diet (no wheat/peanut/corn).  I've looked through his Atlas record and my own documents and am not finding it in either place.  Would you please email those over to me?

Thank you,

Jessyca Tyler
Dietary Services Manager
Idaho Department of Correction
208-658-2068

**IDOC Data Sensitivity Classification - L3 Restricted CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.**

**IDOC Data Sensitivity Classification - L3 Restricted CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.**

**IDOC Data Sensitivity Classification - L3 Restricted CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.**

**IDOC Data Sensitivity Classification - L3 Restricted CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.**